IDA L. PHILLIPS, Appellant, *v.* THE NORTHERN RAILROAD OF NEW JERSEY, Respondent.

(Argued October 9, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 15, 1891, which affirmed an order denying a motion by plaintiff for a new trial and directing exceptions to be heard in the first instance at General Term.

*W. Tazewell Fox* for appellant.

*Wm. C. De Witt* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.